RECEIVED
FEB - 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-60053 |
| VERSUS | JUDGE DOHERTY |
| CHARLES LEE GREEN | MAGISTRATE JUDGE HILL |

### MEMORANDUM RULING AND ORDER

On December 5, 2007, this Court acknowledged receipt of defendant's "Petition for Modification of Sentence Pursuant to 18 U.S.C. §3582(A)" [Doc. 88]. Defendant argues he is entitled to "relief under the "NEW Sentencing Guidelines for Crack Cocaine." At that time, the Court noted that although the sentencing guidelines with respect to crack cocaine were, indeed, revised on November 1, 2007, this Court had received no indication from the Sentencing Guidelines Commission regarding whether the amendments and/or revisions thereto were to be retroactive to sentences already imposed. Therefore, defendant's motion was DEFERRED for a period of ninety days in order to allow the appropriate legal, Congressional, or judicial agency to make this determination.

This Court has since been advised that the amendments are to be applied retroactively, but such retroactivity does not take effect until March 3, 2008.

This Court has been in contact with the Office of Probation, which is currently in the process of cataloging the individuals currently incarcerated whose sentences are affected by the new amendments. Specifically, the Office of Probation is currently obtaining necessary information concerning the affected individuals' post-sentencing conduct, as well as the impact of a sentencing modification on the interest of public safety in each individual case, as required pursuant to the

policies of the United States Sentencing Commission. Until the Court receives this information, it can make no modification to defendant' sentence. Additionally, no modification may be made prior to March 3, 2008.

Considering the foregoing,

IT IS ORDERED that defendant's "Petition for Modification of Sentence Pursuant to 18 U.S.C. §3582(A)" [Doc. 88] is DENIED WITHOUT PREJUDICE as premature. After March 3, 2008, defendant will be entitled to re-urge his motion. Once the defendant files a timely motion for reduction of sentence, and once this Court has received an amended Presentence Investigation Report that contains the information regarding post-sentencing conduct and the impact on public safety, this Court will take defendant's motion under advisement.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this Memorandum Ruling and Order to Rebecca Hudsmith, Office of the Federal Public Defender, and that Ms. Hudsmith advise defendant of the information contained herein.

Lafayette, Louisiana, this 7 day of February, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 2-8-08
BY CW
TO Fed Pub Def's Office
USPO
USAO