# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 04CR02-60053 |
| VERSUS | * | JUDGE DOHERTY |
| CHARLES LEE GREEN | * | MAGISTRATE JUDGE HILL |

## O R D E R

Charles Lee Green has filed a Motion pursuant to 28 U.S.C. §2255.  [rec. doc. 93].

Green sets forth three grounds for relief: (1) that his guilty plea was not voluntarily,

knowingly and intelligently entered; (2) that his sentence was imposed in violation of his

Sixth Amendment rights as set forth by the United States Supreme Court in *United States*

*v. Booker*, -- U.S. --, 125 S.Ct. 738 (2005); and (3) that he received ineffective assistance

of counsel because his attorney, G. Paul Marx, failed to challenge the PSI on grounds that it

charged behavior based on suppressed evidence found in petitioner's home, and failed to

advise petitioner that he was a career offender.  Accordingly;

**THE CLERK OF COURT IS DIRECTED** to serve a copy of this Order and the

referenced pleading [rec. doc. 93] on the United States Attorney.

The United States Attorney shall file an answer within sixty (60) days of receipt of a

copy of the Motion, i.e., **on or before June 7, 2008.**  The answer shall be accompanied by

a memorandum of legal argument and authorities, and any pertinent portions of the

sentencing hearing transcript.  The memorandum shall cite apposite Fifth Circuit case law

2

where it is available.  Respondent **shall** address whether any of the claims raised herein are **procedurally or otherwise barred**.  A copy of the answer shall be provided to Magistrate Judge C. Michael Hill commensurate with filing.

Any reply memorandum which the petitioner desires to file shall be filed within fifteen (15) days following the date that the answer is filed.  A copy of the reply shall be provided to Magistrate Judge C. Michael Hill and to the United States Attorney commensurate with filing.

After a review of the Motion and all relevant memoranda, and attachments, the Court will determine whether an evidentiary hearing is necessary.

Signed April 7, 2008, at Lafayette, Louisiana.


_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE