RECEIVED

AUG 14 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 02-60053** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **CHARLES LEE GREEN** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that Charles Lee Green's § 2255 Motion is **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ____ day of _____, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE